UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (JACKSON)

IN RE:  (Debtors' names)     CHAPTER 13
<u>Victoria Clayton</u>     CASE NO: <u>22-01679</u>

# NOTICE OF CHANGE OF ADDRESS FOR **CREDITOR**

| | |
|---|---|
| **Business Name or Full Name of Creditor** (please print legibly or type):<br><br><u>Landmark Strategy Group, LLC</u> | This change applies to **PROOF OF CLAIM #** (if known): <u>22</u><br><br>Account # (if any): <u>8247</u> |
| **Old Payment Address** (or address to be replaced):<br><br>c/o Weinstein & Riley, P.S.<br>P.O. Box 3978<br>Seattle, WA 98124-3978 | **New Payment Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>c/o Weinstein & Riley, P.S.<br>P.O. Box 93024<br>Las Vegas, NV 89193-3024 |
| **Old Notice Address** (or address to be replaced):<br><br>c/o Weinstein & Riley, P.S.<br>2001 Western Avenue<br>Suite 400<br>Seattle, WA 98121 | **New Notice Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>c/o Weinstein & Riley, P.S.<br>749 Gateway<br>Suite G-601<br>Abilene, TX 79602 |
| Date: <u>11/11/2025</u> | <u>/s/ Jordan Morrison</u><br>**Signature of person submitting change of address**<br>Name: <u>Jordan Morrison</u><br>Address: <u>c/o Weinstein & Riley, P.S.</u><br><u>749 Gateway, Suite G-601</u><br><u>Abilene, TX 79602</u><br>Phone #: <u>(877) 332-3543</u> |

**THIS CHANGE APPLIES TO (CHECK ONE):** <u>X</u> **THIS CASE ONLY;**
**AT PRIOR ADDRESS.**

48050711