UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (JACKSON)

IN RE: (Debtors' names)  CHAPTER 13
Victoria Clayton  CASE NO: 22-01679

# NOTICE OF CHANGE OF ADDRESS FOR **CREDITOR**

| **Business Name or Full Name of Creditor** (please print legibly or type): <br><br> Alliant Capital Management - HDH | This change applies to **PROOF OF CLAIM #** (if known): 24 <br><br> Account # (if any): 1839 |
|---|---|
| **Old Payment Address** (or address to be replaced): <br><br> c/o Weinstein & Riley, P.S. <br> P.O. Box 3978 <br> Seattle, WA 98124-3978 | **New Payment Address** (street, rural route or P.O. Box, City, State, and Zip): <br><br> c/o Weinstein & Riley, P.S. <br> P.O. Box 93024 <br> Las Vegas, NV 89193-3024 |
| **Old Notice Address** (or address to be replaced): <br><br> c/o Weinstein & Riley, P.S. <br> 2001 Western Avenue <br> Suite 400 <br> Seattle, WA 98121 | **New Notice Address** (street, rural route or P.O. Box, City, State, and Zip): <br><br> c/o Weinstein & Riley, P.S. <br> 749 Gateway <br> Suite G-601 <br> Abilene, TX 79602 |
| Date: 11/14/2025 | /s/ Jordan Morrison <br> **Signature of person submitting change of address** <br> Name: Jordan Morrison <br> Address: c/o Weinstein & Riley, P.S. <br> 749 Gateway, Suite G-601 <br> Abilene, TX 79602 <br> Phone #: (877) 332-3543 |

**THIS CHANGE APPLIES TO (CHECK ONE): X     THIS CASE ONLY;**
**AT PRIOR ADDRESS.**

48049864