IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Victoria Annette Clayton, Debtor                Case No. 22-01679-JAW
                                                           CHAPTER 13

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: November 18, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              Jennifer Ann Curry Calvillo (MSBN 104367)
                                              The Rollins Law Firm, PLLC
                                              P.O. Box 13767
                                              Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:	Victoria Annette Clayton, Debtor	Case No. 22-01679-JAW
CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on August 23, 2022 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtor's income has decreased as evidenced in the filed Supplemental Schedules I and J (Dk #87). Debtor is no longer physically able to work the second job she had when the case was filed.
3. Debtor wishes to modify the Confirmed Plan (Dk#41) to reduce the amount paid to General Unsecured Creditors to the amount necessary to make the monthly plan payment $694.
4. Except as expressly modified herein, all other terms of the Confirmed Plan should remain unchanged and in full force and effect.
5. Debtor wishes for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767, Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., certify that an accurate copy of the foregoing Motion to Modify Bankruptcy Plan was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                                          /s/ Thomas C. Rollins, Jr.
                                                          Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>VICTORIA ANNETTE CLAYTON | CASE NO: 22-01679-JAW<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 11/18/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/18/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 22-01679-JAW |
|---|---|
| VICTORIA ANNETTE CLAYTON | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 11/18/2025, a copy of the following documents, described below,

Notice and Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/18/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-01679-JAW<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE NOV 18 8-8-31 PST 2025 | (P)ADVANCE FINANCIAL ADMINISTRATION LLC<br>ATTN CO WEINSTEIN  RILEY P S<br>1415 WESTERN AVE<br>SUITE 700<br>SEATTLE WA 98101-2051 | (P)ALLIANT CAPITAL MANAGEMENT HDH<br>ATTN CO WEINSTEIN  RILEY P S<br>1415 WESTERN AVE<br>SUITE 700<br>SEATTLE WA 98101-2051 |
| EXETER FINANCE LLC<br>1027 NINTH STREET<br>NEW ORLEANS  LA 70115-2308 | EXETER FINANCE LLC  CO AIS PORTFOLIO SERVIC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | (P)LANDMARK STRATEGY GROUP LLC<br>ATTN CO WEINSTEIN  RILEY P S<br>1415 WESTERN AVE<br>SUITE 700<br>SEATTLE WA 98101-2051 |
| SCOLOPAX  LLC<br>CO WEINSTEIN  RILEY  PS<br>1415 WESTERN AVENUE STE 700<br>SEATTLE  WA 98101-2051 | VANDERBILT MORTGAGE AND FINANCE  INC<br>PO BOX 9800<br>MARYVILLE  TN 37802-9800 | EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ |
| 1ST DIGITALSYNOVUSVT<br>TRANSACTION SERVICES<br>SIOUX FALLS  SD 57118 | AF 247<br>100 OCEANSIDE DRIVE<br>NASHVILLE  TN 37204-2351 | EXCLUDE<br>~~(D)(P)ADVANCE FINANCIAL ADMINISTRATION LLC~~<br>~~ATTN CO WEINSTEIN  RILEY P S~~<br>~~1415 WESTERN AVE~~<br>~~SUITE 700~~<br>~~SEATTLE WA 98101-2051~~ |
| ADVANCED RECOVERY SYST<br>219 KATHERINE DR<br>FLOWOOD  MS 39232-9588 | EXCLUDE<br>~~(D)(P)ALLIANT CAPITAL MANAGEMENT HDH~~<br>~~ATTN CO WEINSTEIN  RILEY P S~~<br>~~1415 WESTERN AVE~~<br>~~SUITE 700~~<br>~~SEATTLE WA 98101-2051~~ | BANK OF MISSOURI<br>2700 S LORRAINE PLACE<br>SIOUX FALLS  SD 57106-3657 |
| BANKPLUS<br>1068 HIGHLAND COLONY PARKWAY STE 200<br>RIDGELAND  MS 39157-8807 | BLAZE<br>5501 S BROADBAND LANE<br>SIOUX FALLS  SD 57108-2253 | BRIGHT LENDING<br>PO BOX 578<br>HAYS  MT 59527-0578 |
| (P)CAINE  WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | CAPITAL COMMUNITY BANK<br>3280 N UNIVERSITY AVE<br>PROVO  UT 84604-4405 | CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY  UT 84131-0293 |
| CASH CENTRAL<br>5164 EMERALD PKWY<br>100<br>DUBLIN  OH 43017 | CASH NET USA<br>200 WEST JACKSON BLVD<br>14TH FLOOR<br>CHICAGO  IL 60606-6929 | CHASE<br>PO BOX 94014<br>PALATINE  IL 60094-4014 |
| CHASE BANK<br>PO BOX 5210<br>NEW HYDE PARK  NY 11042-5210 | COMENITY  LANE BRYANT<br>PO BOX 182782<br>COLUMBUS  OH 43218-2782 | CONTINENTAL FINANCE<br>PO BOX 31292<br>TAMPA  FL 33631-3292 |

| | | |
|---|---|---|
| CRANE FINANCE<br>2108 GRANDE AVE<br>WAUSAU  WI 54403-6912 | CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS  NV 89193-8872 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| ENTERGY LOUISIANA<br>4809 JEFFERSON HWY<br>NEW ORLEANS  LA 70121-3126 | EXETER FINANCE LLC<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE  DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | EXETER FINANCE LLC<br>PO BOX 166097<br>IRVING  TX 75016-6097 |
| (P)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS  SD 57107-0145 | (P)FIRST SAVINGS BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 |
| FORT SILL NATIONAL BAN<br>2711 GREENWAY DR<br>JACKSON  MS 39204-3304 | FORTIVA<br>PO BOX 105555<br>ATLANTA  GA 30348-5555 | GENESIS FS CARD<br>PO BOX 4499<br>BEAVERTON  OR 97076-4499 |
| (P)GETGREE123<br>6360 NW 5TH WAY SUITE 200<br>FORT LAUDERDALE FL 33309-6136 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| (P)KLARNA INC<br>ATTN BANKRUPTCY<br>PO BOX 8116<br>COLUMBUS OH 43201-0116 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | LAKELAND SURGICAL CLIN<br>971 LAKELAND DR<br>STE 1460<br>JACKSON  MS 39216-4684 |
| ~~EXCLUDE~~<br>~~(D)(P)LANDMARK STRATEGY GROUP LLC~~<br>~~ATTN CO WEINSTEIN  RILEY P S~~<br>~~1415 WESTERN AVE~~<br>~~SUITE 700~~<br>~~SEATTLE WA 98101-2051~~ | (P)TOTAL LOAN SERVICES  LLC<br>ATTN JOHN LANGENDERFER<br>205 SUGAR CAMP CIRCLE<br>DAYTON OH 45409-1970 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 |
| MONEY KEY<br>3422 OLD CAPITOL TRAIL<br>STE 1613<br>WILMINGTON  DE 19808-6124 | MUSCLE AND NERVE  PA<br>971 LAKELAND DR<br>STE 560<br>ST DOMINIC WEST TOWER<br>JACKSON  MS 39216-4607 | OAK HILL RENTALS  LLC<br>PO BOX 648<br>MAYFIELD  KY 42066-0033 |
| OAK HILLS RENTAL<br>PO BOX 648<br>MAYFIELD  KY 42066-0033 | PHYSICIANS ANESTHESIA<br>PO BOX 3749<br>JACKSON  MS 39207-3749 | PINNACLE SERVICE SOLUTIONS LLC<br>4408 MILESTRIP RD 247<br>BLASDELL NY 14219-2553 |

```
PLAIN GREEN LOANS                    PLAZA SERVICES   LLC              (P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 270                           PO BOX 1931                       PO BOX 41067
HAYS  MT 59527                       BURLINGAME  CA 94011-1931         NORFOLK VA 23541-1067




PREMIER BANKCARD  LLC                PROGRESSIVE                       PROGRESSIVE
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE  11629 SO 700 E                 256 W DATA DR
PO BOX 7999                          DRAPER  UT 84020-8376             DRAPER  UT 84020-2315
SAINT CLOUD MN 56302-7999




PURCHASING POWER                     QUANTUM3 GROUP LLC AS AGENT FOR   QUANTUM3 GROUP LLC AS AGENT FOR
2727 PACES FERRY RD SE               COMENITY BANK                     GENESIS FS CARD SERVICES INC
BLDG 2                               PO BOX 788                        PO BOX 788
ATLANTA  GA 30339-6199               KIRKLAND  WA  98083-0788          KIRKLAND  WA  98083-0788




REGIONS                              RENASANT BANK                     (P)REPUBLIC FINANCE LLC
PO BOX 1984                          411 HWY 80 E                      282 TOWER RD
BIRMINGHAM  AL 35201-1984            CLINTON  MS 39056-4719            PONCHATOULA LA 70454-8318




EXCLUDE

(D)(P)REPUBLIC FINANCE LLC           SCOLOPAX   LLC                    SEED FINANCIALSEEDFI
282 TOWER RD                         CO WEINSTEIN  RILEY  PS           268 BUSH ST
PONCHATOULA LA 70454-8318            1415 WESTERN AVE  SUITE 700       SAN FRANCISCO  CA 94104-3503
                                     SEATTLE  WA 98101-2051




SHUNDELL MARSHALL                    SMITH ROUCHON  ASSOC              ST DOMINIC
17669 OLD HIGHWAY 80                 1456 ELLIS AVENUE                 PO BOX 101928
EDWARDS  MS 39066-8907               JACKSON  MS 39204-2204            DEPT 2174
                                                                       BIRMINGHAM  AL 35210-6928




THE BANK OF MISSOURI                 TOTAL VISA                        (P)TRUSTMARK NATIONAL BANK
2700 S LORRAINE PL                   PO BOX 89940                      P O BOX 291
SIOUX FALLS  SD 57106-3657           SIOUX FALLS  SD 57109-6940        JACKSON MS 39205-0291




EXCLUDE                                                                EXCLUDE

(D)(P)TRUSTMARK NATIONAL BANK        US ATTORNEY GENERAL               UNITED STATES TRUSTEE
P O BOX 291                          US DEPT OF JUSTICE                501 EAST COURT STREET
JACKSON MS 39205-0291                950 PENNSYLVANIA AVENW            SUITE 6 430
                                     WASHINGTON  DC 20530-0001         JACKSON  MS 39201-5022




UPSTART                              UPSTART FINANCE                   UPSTART NETWORK  INC
2 CIRCLE STAR WAY                    2 CIRCLE STAR WAY                 PO BOX 1931
SAN CARLOS  CA 94070-6200            SAN CARLOS  CA 94070-6200         BURLINGAME  CA 94011-1931
```

```
                                        EXCLUDE

VANDERBILT MORTGAGE                     (D)VANDERBILT MORTGAGE AND FINANCE  INC    WOODFOREST BANK
PO BOX 9800                             PO BOX 9800                                950 US 80
MARYVILLE  TN 37802-9800                MARYVILLE  TN 37802-9800                   CLINTON  MS 39056-5203




EXCLUDE

HAROLD J BARKLEY JR                     JENNIFER A CURRY CALVILLO                  SHUNDELL KENYON MARSHALL
PO BOX 4476                             THE ROLLINS LAW FIRM                       17669 OLD HIGHWAY 80
JACKSON  MS 39296-4476                  702 W PINE ST                              EDWARDS  MS 39066-8907
                                        HATTIESBURG  MS 39401-3836



                                        EXCLUDE                                    DEBTOR

SHUNDELL KENYON MARSHALL                THOMAS CARL ROLLINS JR                     VICTORIA ANNETTE CLAYTON
4797 WILLIAMS LAKE ROAD                 THE ROLLINS LAW FIRM  PLLC                 17669 OLD HIGHWAY 80
BOLTON  MS 39041-9660                   PO BOX 13767                               EDWARDS  MS 39066-8907
                                        JACKSON  MS 39236-3767
```