# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Victoria Annette Clayton, Debtor                Case No. 22-01679-JAW
                                                          **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to suspend their bankruptcy payments. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: January 8, 2026         Signature:   /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                           Jennifer A Curry Calvillo (MSBN 104367)
                                           The Rollins Law Firm, PLLC
                                           P.O. Box 13767
                                           Jackson, MS 39236
                                           trollins@therollinsfirm.com
                                           601-500-5533

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Victoria Annette Clayton, Debtor          Case No. 22-01679-JAW
                                                    CHAPTER 13

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor is in need of a medical procedure and will have to miss at least six weeks of work due to lifting requirements.
3. Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of February and March 2026.
4. Debtor wishes to resume making plan payments beginning in April 2026.
5. Debtor is requesting that her Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was forwarded on January 8, 2026, to:

By Electronic CM/ECF Notice:

  Chapter 13 Case Trustee

  U.S. Trustee

             <u>/s/ Thomas C. Rollins, Jr.</u>
             Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

VICTORIA ANNETTE CLAYTON

CASE NO: 22-01679-JAW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 1/8/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/8/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>VICTORIA ANNETTE CLAYTON | CASE NO: 22-01679-JAW<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 1/8/2026, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/8/2026

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-01679-JAW<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU JAN 8 8-24-50 PST 2026 | (P)ADVANCE FINANCIAL ADMINISTRATION LLC<br>ATTN CO WEINSTEIN  RILEY P S<br>1415 WESTERN AVE<br>SUITE 700<br>SEATTLE WA 98101-2051 | (P)ALLIANT CAPITAL MANAGEMENT HDH<br>ATTN CO WEINSTEIN  RILEY P S<br>1415 WESTERN AVE<br>SUITE 700<br>SEATTLE WA 98101-2051 |
| EXETER FINANCE LLC<br>1027 NINTH STREET<br>NEW ORLEANS  LA 70115-2308 | EXETER FINANCE LLC  CO AIS PORTFOLIO SERVIC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | (P)LANDMARK STRATEGY GROUP LLC<br>ATTN CO WEINSTEIN  RILEY P S<br>1415 WESTERN AVE<br>SUITE 700<br>SEATTLE WA 98101-2051 |
| SCOLOPAX  LLC<br>CO WEINSTEIN  RILEY  PS<br>1415 WESTERN AVENUE STE 700<br>SEATTLE  WA 98101-2051 | VANDERBILT MORTGAGE AND FINANCE  INC<br>PO BOX 9800<br>MARYVILLE  TN 37802-9800 | EXCLUDE<br><s>US BANKRUPTCY COURT</s><br><s>THAD COCHRAN US COURTHOUSE</s><br><s>501 E COURT STREET</s><br><s>SUITE 2300</s><br><s>JACKSON  MS 39201-5036</s> |
| 1ST DIGITALSYNOVUSVT<br>TRANSACTION SERVICES<br>SIOUX FALLS  SD 57118 | AF 247<br>100 OCEANSIDE DRIVE<br>NASHVILLE  TN 37204-2351 | EXCLUDE<br><s>(D)(P)ADVANCE FINANCIAL ADMINISTRATION LLC</s><br><s>ATTN CO WEINSTEIN  RILEY P S</s><br><s>1415 WESTERN AVE</s><br><s>SUITE 700</s><br><s>SEATTLE WA 98101-2051</s> |
| ADVANCED RECOVERY SYST<br>219 KATHERINE DR<br>FLOWOOD  MS 39232-9588 | EXCLUDE<br><s>(D)(P)ALLIANT CAPITAL MANAGEMENT HDH</s><br><s>ATTN CO WEINSTEIN  RILEY P S</s><br><s>1415 WESTERN AVE</s><br><s>SUITE 700</s><br><s>SEATTLE WA 98101-2051</s> | BANK OF MISSOURI<br>2700 S LORRAINE PLACE<br>SIOUX FALLS  SD 57106-3657 |
| BANKPLUS<br>1068 HIGHLAND COLONY PARKWAY STE 200<br>RIDGELAND  MS 39157-8807 | BLAZE<br>5501 S BROADBAND LANE<br>SIOUX FALLS  SD 57108-2253 | BRIGHT LENDING<br>PO BOX 578<br>HAYS  MT 59527-0578 |
| (P)CAINE  WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | CAPITAL COMMUNITY BANK<br>3280 N UNIVERSITY AVE<br>PROVO  UT 84604-4405 | CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY  UT 84131-0293 |
| CASH CENTRAL<br>5164 EMERALD PKWY<br>100<br>DUBLIN  OH 43017 | CASH NET USA<br>200 WEST JACKSON BLVD<br>14TH FLOOR<br>CHICAGO  IL 60606-6929 | CHASE<br>PO BOX 94014<br>PALATINE  IL 60094-4014 |
| CHASE BANK<br>PO BOX 5210<br>NEW HYDE PARK  NY 11042-5210 | COMENITY  LANE BRYANT<br>PO BOX 182782<br>COLUMBUS  OH 43218-2782 | CONTINENTAL FINANCE<br>PO BOX 31292<br>TAMPA  FL 33631-3292 |

| | | |
|---|---|---|
| CRANE FINANCE<br>2108 GRANDE AVE<br>WAUSAU  WI 54403-6912 | CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS  NV 89193-8872 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| ENTERGY LOUISIANA<br>4809 JEFFERSON HWY<br>NEW ORLEANS  LA 70121-3126 | EXETER FINANCE LLC<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE  DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | (P)EXETER FINANCE  LLC<br>NANNETTE ALAMILLA<br>2101 W JOHN CARPENTER FWY<br>IRVING TX 75063-3228 |
| (P)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS  SD 57107-0145 | (P)FIRST SAVINGS BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 |
| FORT SILL NATIONAL BAN<br>2711 GREENWAY DR<br>JACKSON  MS 39204-3304 | FORTIVA<br>PO BOX 105555<br>ATLANTA  GA 30348-5555 | GENESIS FS CARD<br>PO BOX 4499<br>BEAVERTON  OR 97076-4499 |
| (P)GETGREE123<br>6360 NW 5TH WAY SUITE 200<br>FORT LAUDERDALE FL 33309-6136 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| (P)KLARNA INC<br>ATTN BANKRUPTCY<br>PO BOX 8116<br>COLUMBUS OH 43201-0116 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | LAKELAND SURGICAL CLIN<br>971 LAKELAND DR<br>STE 1460<br>JACKSON  MS 39216-4684 |
| ~~EXCLUDE~~<br>~~(D)(P)LANDMARK STRATEGY GROUP LLC~~<br>~~ATTN CO WEINSTEIN  RILEY P S~~<br>~~1415 WESTERN AVE~~<br>~~SUITE 700~~<br>~~SEATTLE WA 98101 2051~~ | (P)TOTAL LOAN SERVICES  LLC<br>ATTN JOHN LANGENDERFER<br>205 SUGAR CAMP CIRCLE<br>DAYTON OH 45409-1970 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 |
| MONEY KEY<br>3422 OLD CAPITOL TRAIL<br>STE 1613<br>WILMINGTON  DE 19808-6124 | MUSCLE AND NERVE  PA<br>971 LAKELAND DR<br>STE 560<br>ST DOMINIC WEST TOWER<br>JACKSON  MS 39216-4607 | OAK HILL RENTALS  LLC<br>PO BOX 648<br>MAYFIELD  KY 42066-0033 |
| OAK HILLS RENTAL<br>PO BOX 648<br>MAYFIELD  KY 42066-0033 | PHYSICIANS ANESTHESIA<br>PO BOX 3749<br>JACKSON  MS 39207-3749 | PINNACLE SERVICE SOLUTIONS LLC<br>4408 MILESTRIP RD 247<br>BLASDELL NY 14219-2553 |

| | | |
|---|---|---|
| PLAIN GREEN LOANS<br>PO BOX 270<br>HAYS  MT 59527 | PLAZA SERVICES   LLC<br>PO BOX 1931<br>BURLINGAME   CA 94011-1931 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PREMIER BANKCARD   LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | PROGRESSIVE<br>11629 SO 700 E<br>DRAPER  UT 84020-8376 | PROGRESSIVE<br>256 W DATA DR<br>DRAPER  UT 84020-2315 |
| PURCHASING POWER<br>2727 PACES FERRY RD SE<br>BLDG 2<br>ATLANTA  GA 30339-6199 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND   WA  98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>GENESIS FS CARD SERVICES INC<br>PO BOX 788<br>KIRKLAND   WA  98083-0788 |
| REGIONS<br>PO BOX 1984<br>BIRMINGHAM  AL 35201-1984 | RENASANT BANK<br>411 HWY 80 E<br>CLINTON   MS 39056-4719 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 |
| EXCLUDE<br>(D)(P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | SCOLOPAX   LLC<br>CO WEINSTEIN   RILEY   PS<br>1415 WESTERN AVE   SUITE 700<br>SEATTLE   WA 98101-2051 | SEED FINANCIALSEEDFI<br>268 BUSH ST<br>SAN FRANCISCO   CA 94104-3503 |
| SHUNDELL MARSHALL<br>17669 OLD HIGHWAY 80<br>EDWARDS   MS 39066-8907 | SMITH ROUCHON   ASSOC<br>1456 ELLIS AVENUE<br>JACKSON   MS 39204-2204 | ST DOMINIC<br>PO BOX 101928<br>DEPT 2174<br>BIRMINGHAM   AL 35210-6928 |
| THE BANK OF MISSOURI<br>2700 S LORRAINE PL<br>SIOUX FALLS   SD 57106-3657 | TOTAL VISA<br>PO BOX 89940<br>SIOUX FALLS   SD 57109-6940 | (P)TRUSTMARK NATIONAL BANK<br>P O BOX 291<br>JACKSON MS 39205-0291 |
| EXCLUDE<br>(D)(P)TRUSTMARK NATIONAL BANK<br>P O BOX 291<br>JACKSON MS 39205-0291 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 | EXCLUDE<br>UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON  MS 39201-5022 |
| UPSTART<br>2 CIRCLE STAR WAY<br>SAN CARLOS   CA 94070-6200 | UPSTART FINANCE<br>2 CIRCLE STAR WAY<br>SAN CARLOS   CA 94070-6200 | UPSTART NETWORK   INC<br>PO BOX 1931<br>BURLINGAME   CA 94011-1931 |

```
                              EXCLUDE
VANDERBILT MORTGAGE           (D)VANDERBILT MORTGAGE AND FINANCE  INC    WOODFOREST BANK
PO BOX 9800                   PO BOX 9800                                950 US 80
MARYVILLE  TN 37802-9800      MARYVILLE  TN 37802-9800                   CLINTON  MS 39056-5203



EXCLUDE

HAROLD J BARKLEY JR           JENNIFER A CURRY CALVILLO                  SHUNDELL KENYON MARSHALL
PO BOX 4476                   THE ROLLINS LAW FIRM                       17669 OLD HIGHWAY 80
JACKSON  MS 39296-4476        702 W PINE ST                              EDWARDS  MS 39066-8907
                              HATTIESBURG  MS 39401-3836



                              EXCLUDE                                    DEBTOR

SHUNDELL KENYON MARSHALL      THOMAS CARL ROLLINS JR                     VICTORIA ANNETTE CLAYTON
4797 WILLIAMS LAKE ROAD       THE ROLLINS LAW FIRM  PLLC                 17669 OLD HIGHWAY 80
BOLTON  MS 39041-9660         PO BOX 13767                               EDWARDS  MS 39066-8907
                              JACKSON  MS 39236-3767
```