# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Victoria Annette Clayton, Debtor                Case No. 22-01679-JAW
                                                         CHAPTER 13

## ORDER SUSPENDING PLAN PAYMENTS

THIS CAUSE having come on this date on the Debtor's Motion to Suspend Plan Payments (DK #___), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Suspend Plan Payments is granted.  Debtor's past due Chapter 13 plan payments and any ongoing mortgage payments that are being paid through the plan are hereby suspended for February and March 2026 and that the Trustee shall increase Debtor's Plan payment as necessary to offset for the lost plan payment with payments to resume April 2026.  The Trustee is authorized to increase the Wage Order accordingly.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTORS