**Fill in this information to identify the case:**

Debtor 1 _Victoria Annette Clayton_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern _ District of _Mississippi_
(State)

Case number _22-01679_____

Official Form 410S1

# Notice of Mortgage Payment Change
12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: _Vanderbilt Mortgage and Finance, Inc._____

Court claim no. (if known): _7_____

Last 4 digits of any number you use to identify the debtor's account:    _7_  _4_  _6_  _5_

Date of payment change:
Must be at least 21 days after date of this notice

_6_  /_1_  /2026

New total payment:
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

$ _630.98_____

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why: _____

   Current escrow payment:  $ _120.41_____         New escrow payment:  $_117.12_____

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%         New interest rate:  _____%

   Current principal and interest payment: $ _____         New principal and interest payment:  $ _____

## Part 3:  Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   ☑ No
   ☐ Yes.

   Current HELOC payment:       $_____

   Reconciliation amount:       + $_____ or
                                - $_____

Debtor 1    <u>Victoria Annette Clayton</u>      Case number *(if known)* <u>22-01679</u>
First Name    Middle Name    Last Name

Amount of next payment (including reconciliation amount)    $_____

Amount of the new payment thereafter (without reconciliation amount)    $_____

## Part 4:  Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____      New mortgage payment:  $ _____

## Part 5:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ *Kyle Wright* _____    Date   <u>4</u> / <u>30</u> <u>2026</u>
Signature

Print:    Kyle      G      Wright      Title   Bankruptcy Specialist
First Name    Middle Name    Last Name

Company    Vanderbilt Mortgage and Finance, Inc.

Address    500 Alcoa Trail
Number    Street

Maryville      TN    37804
City      State    ZIP Code

Contact phone   (865) 380 - 3000      Email   kyle.wright@vmf.com



PO Box 9800
Maryville, TN 37802

500 Alcoa Trail
Maryville, TN 37804

RETURN SERVICE REQUESTED

April 30, 2026

Victoria Annette Clayton
17669 Old Highway 80
Edwards, MS 39066-8907

## CERTIFICATE OF SERVICE

I, Kyle Wright, of Vanderbilt Mortgage and Finance, Inc., do hereby certify that I have this date provided a copy of the foregoing Notice of Mortgage Payment Change either by electronic case filing or by United States mail postage pre-paid to the following:

**Victoria Annette Clayton**
17669 Old Highway 80
Edwards, MS 39066-8907

**Jennifer A Curry Calvillo**
Attorney for the Debtor
Notified by Electronic Case Filing

**Harold J Barkley, Jr.**
Chapter 13 Trustee
Notified by Electronic Case Filing

/s/ Kyle Wright

**Annual Escrow Analysis**

SHUNDELL K MARSHALL
17669 OLD HIGHWAY 80

4/28/2026
Print Date: 04/29/2026

EDWARDS, MS 39066-8907

|  | | |
|---|---|---|
|  | $513.86 | $513.86 |
|  | $120.41 | $117.12 |
|  | $.00 | $.00 |
|  | $.00 | $.00 |
| TOTAL MONTHLY PAYMENT | $634.27 | $630.98 |

6/1/2026

THIS IS A PROJECTION REFLECTING PAYMENTS LESS $ 288.59 IN ESCROW SHORTAGE WHILE YOU ARE UNDER BANKRUPTCY PROTECTION.

| Month | Payment | Amount | Description | (a) Balance | (b) Balance |
|---|---|---|---|---|---|
| Apr 26 |  |  | Starting Balance | (a) $151.12 | (b) $.00 |
| Apr 26 | $120.41 |  |  | $271.53 | $120.41 |
| May 26 | $120.41 |  |  | $391.94 | $240.82 |
| Jun 26 | $117.12 |  |  | $509.06 | $357.94 |
| Jul 26 | $117.12 |  |  | $626.18 | $475.06 |
| Aug 26 | $117.12 |  |  | $743.30 | $592.18 |
| Sep 26 | $117.12 |  |  | $860.42 | $709.30 |
| Oct 26 | $117.12 |  |  | $977.54 | $826.42 |
| Nov 26 | $117.12 |  |  | $1,094.66 | $943.54 |
| Dec 26 | $117.12 |  |  | $1,211.78 | $1,060.66 |
| Jan 27 | $117.12 | $277.50 | PERS PROPERTY COUNTY TAX | $1,051.40 | $900.28 |
| Feb 27 | $117.12 |  |  | $1,168.52 | $1,017.40 |
| Mar 27 | $117.12 | $1,128.00 | PHYSICAL DAMAGE INSURANCE | $157.64 | $6.52 |
| Apr 27 | $117.12 |  |  | $274.76 | $123.64 |
| May 27 | $117.12 |  |  | $391.88 | $240.76 |

$1,646.26        $1,405.50

$151.12
$.00

$151.12

·* The loan is currently undergoing a bankruptcy treatment and any arrears owed are factored out of escrow account.
If the surplus is less than escrow arrears owed, the amount refunded will be $0.00

4/28/2026
Annual Escrow Analysis

PROPERTY TAX                    277.50          316.98              39.48-

June    1 , 2025              May     31 , 2026

$634.27                $513.86
$.00                            $120.41

```
                                          Starting Balance          $179.11-  $109.48
Apr 25   $121.52    $121.52                                  *    $57.59-  $231.00
May 25   $121.52    $121.52                                  *    $63.93   $352.52
Jun 25   $120.41    $120.41                                  *   $184.34   $472.93
Jul 25   $120.41    $120.41                                  *   $304.75   $593.34
Aug 25   $120.41    $120.41                                  *   $425.16   $713.75
Sep 25   $120.41    $120.41                                  *   $545.57   $834.16
Oct 25   $120.41    $120.41                                  *   $665.98   $954.57
Nov 25   $120.41    $120.41                                  *   $786.39 $1,074.98
Dec 25   $120.41    $120.41                                  *   $906.80 $1,195.39
Jan 26   $120.41    $120.41            $316.98  PERS PROPERTY COUNTY TAX * $1,027.21   $998.82
Feb 26   $120.41    $120.41                                  * $1,147.62 $1,119.23
Feb 26                      $277.50            Property Tax       *   $870.12 $1,119.23
Mar 26   $120.41    $120.41  $1,128.00  $1,128.00  PHYSICAL DAMAGE INSURANCE * $137.47-  $111.64
Apr 26              $120.41                                  *   $137.47-  $232.05
May 26              $120.41                                  *   $137.47-  $352.46
```

$1,447.14    $1,687.96   $1,405.50   $1,444.98

$1,444.98
$240.83